Order issued October 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00140-CV

## DALLAS CITY LIMITS PROPERTY CO., L.P., Appellant

## V.

## AUSTIN JOCKEY CLUB, LTD., Appellee

## ORDER

Before Justices FitzGerald, Murphy, and Fillmore

Appellee's August 23, 2012 Motion for Rehearing is **DENIED**.



KERRY P. FITZGERALD
JUSTICE